IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| LARVETRA FULFORD, et al., | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| V. | ) | NO. 4:11-CV-00103 |
| ALLIGATOR RIVER FARMS, LLC, | ) |  |
| Defendant. | ) |  |

## ORDER

Defendant in the above-styled action, having come before me with an Unopposed Motion for Leave to Take Depositions of Plaintiffs Lacy Whitaker and Tylajuwon Shelton Who Are Confined to Prison, and for good cause shown, it is hereby:

**ORDERED**, that leave is granted to take the depositions of Lacy Whitaker and Tylajuwon Shelton.

**SO ORDERED**, this 1st day of August, 2012.

/s/ Louise W. Flanagan
UNITED STATES DISTRICT JUDGE