UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

LARVETRA FULFORD; MACK MANN;           )
JUSTIN McCOY; CARTER MIDGETTE;         )
TYLAJUWON SHELTON; JARRETT             )
SPENCER; FABIAN SPENCER;               )
NORWOOD SPENCER; NICHOLAS              )
SPENCER; MICHAEL WESTON; and           )
LACY WHITAKER,                         )          **JUDGMENT**
                                       )
                 Plaintiffs,           )          No. 4:11-CV-103-FL
                                       )
v.                                     )
                                       )
                                       )
WILSON DAUGHTRY, and DEBBIE            )
DAUGHTRY, individually and doing       )
business as ALLIGATOR RIVER            )
FARMS, LLC,                            )
                                       )
                 Defendants.           )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion for summary judgment; plaintiffs' motion for partial summary judgment; and defendants' motion for sanctions.

**IT IS ORDERED, ADJUDGED AND DECREED**, in accordance with the court's orders entered June 6, 2013 and July 10, 2013, and for the reasons set forth more specifically therein, that plaintiffs' motion for partial summary judgment is granted in part and denied in part; defendants' motion for summary judgment is granted in part and denied in part; and defendants' motion for sanctions is denied.

**This Judgment Filed and Entered on July 10, 2013, and Copies To:**
Mary Lee Hall (via CM/ECF Electronic Notice of Filing)
Caroline Cambell Smiley (via CM/ECF Electronic Notice of Filing)
Clermony Fraser Ripley (via CM/ECF Electronic Notice of Filing)
Carol Brooke (via CM/ECF Electronic Notice of Filing)
Elizabeth K. Dorminey (via CM/ECF Electronic Notice of Filing)
James Larry Stine (via CM/ECF Electronic Notice of Filing)
Melagia Lee Daniels, Jr.  (via CM/ECF Electronic Notice of Filing)
Burton Craig and Glenn A. Barfield (via CM/ECF Electronic Notice of Filing)

July 10, 2013                                     JULIE A. RICHARDS, CLERK
                                                   /s/ Christa N. Baker
                                                  (By) Christa N. Baker, Deputy Clerk